KING TOY & STATIONERY CO., INC., et al., Respondents, v. MAJOR PETROLEUM COMPANY, Appellant, et al., Defendants.——

No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

ISABELLE J. LANDY, Respondent, v. MURRAY LANDY, Appellant. (Action No. 1.) MURRAY LANDY, Appellant, v. ISABELLE J. LANDY, Respondent. (Action No. 2.)

There is no right to examine the defendant in the action for dissolution so as to require him to account until the alleged partnership and the right to an accounting are established. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT KAIDY, Appellant.——

No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK EX REL. THOMAS F. REARDON, Respondent, v. MARY J. BOWLEY (REARDON), Appellant.——

No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

RUTH S. RIZZI, Respondent, v. CHARLES A. RIZZI, Appellant.——